IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY WILSON, CLINT SMITH and WENDY KING | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-0787 |
| | : | |
| RICHARD PALLMAN and EDWARD T. SCHAFER | : : | |

ORDER

AND NOW, this 15th day of July 2009, upon consideration of defendants' motions to dismiss, or in the alternative, for summary judgment (D. No. 4 and 5) and plaintiff's response thereto, it is hereby ORDERED that:

1. Defendants' motion to substitute defendant Thomas J. Vilsack for Edward T. Schafer as defendant Secretary of Agriculture in his official capacity is GRANTED;

2. Defendant's motion to transfer venue for plaintiffs Clint Smith and Wendy King is to the United States District Court for the Middle District of Pennsylvania is GRANTED and the claims of plaintiffs Smith and King are hereby transferred to United States District Court for the Middle District of Pennsylvania ;

3. Defendants' motion for summary judgment on plaintiff Emily Wilson's <u>Bivens</u> claims against defendants Richard Pallman and Vilsack is GRANTED and plaintiff Wilson's <u>Bivens</u> claims are DISMISSED;

4. Defendants' motion for summary judgment on plaintiff Wilson's Title VII claim against defendant Pallman in his individual capacity is GRANTED and this claim is DISMISSED;

5. Defendants' motion for summary judgment on plaintiff Wilson's Title VII claim against

        defendant Vilsack is DENIED;

6.      As parties have stipulated, defendants are ORDERED to file their answer to plaintiff Wilson's first amended complaint within sixty days of the date of this Order.

                                                                  /s/ Thomas N. O'Neill, Jr.
                                                             THOMAS N. O'NEILL, JR., J.