IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY WILSON | : | CIVIL ACTION |
| | : | NO. 09-00787 |
| v. | : | |
| | : | |
| THOMAS J. VILSACK | : | |

## ORDER

AND NOW, this 14th day of July, 2010, in consideration of defendant's motion for summary judgment, plaintiff's response and defendant's reply, it is ORDERED that defendant's motion is GRANTED and JUDGEMENT IS ENTERED in favor of defendant and against plaintiff.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.